IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

LEAH COX, et al.

                    Plaintiffs,

        v.                                Civil No. 20-18527(RBK/JS)

FRANCESCA'S HOLDING CORP., et al.,

                    Defendants.

## ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE

The Court having received notice that Francesca's Holdings Corporation and Francesca's Collection, Inc. filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court, Case Nos. 20-13076 and 20-13078; and the filing of this voluntary petition operating as a stay under Chapter 11 U.S.C. §362(a); and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this 6th day of January, 2021, that this matter is administratively terminated, without prejudice to the right of the parties to reopen the proceedings for good cause shown, without costs.

                    s/ Joel Schneider
                    JOEL SCHNEIDER
                    United States Magistrate Judge